# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MA DE LOURDES BUENO CONTRERAS, and MANUEL MENDOZA VARELA,<br><br>Plaintiffs,<br><br>vs.<br><br>PAM BONDI, Attorney General of the United States; KRISTI NOEM, Acting Secretary of the Department of Homeland Security (DHS); KIKA SCOTT, Senior Official Performing Duties of U.S. Citizenship and Immigration Services (USCIS); and LOREN K. MILLER, Acting Director of Nebraska Service Center, U.S. Citizenship and Immigration Services,<br><br>Defendants. | 4:25CV3065<br><br>ORDER TO SHOW CAUSE |

      This matter comes before the court after a review of the docket. Plaintiffs commenced this action on March 21, 2025. (Filing No. 1). On April 3, 2025, Plaintiffs filed summons returns purporting to show the defendants were served by certified mail on March 31 and April 3, 2025. (Filing No. 5). Plaintiffs' summons returns include USPS tracking receipts; however, Plaintiffs have not filed proof of service. Federal Rule of Civil Procedure 4(l) plainly states that a plaintiff bears the onus of proving service by way of affidavit: "(l) Proving Service. (1) Affidavit Required. Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit." Fed. R. Civ. P. 4(l)(1). Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Defendants have not filed answers or otherwise appeared in this case, and Plaintiffs have taken no further action. Under the circumstances, Plaintiff must demonstrate to the Court that the defendants have been properly served under Rule 4(i), and that Plaintiffs have complied with Rule 4(m) and 4(l). Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **August 6, 2025,** to show cause why this case should not be dismissed for failure to prosecute and failure to serve, or take other appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 9th day of July, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge